UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

IN RE:  Brent Randolph Hoffman  
      Jodi Leigh Hoffman  
          DEBTOR(S)

CASE NO. 18-13722  
CHAPTER 13  
JUDGE Catherine J. Furay

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mark Harring files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

Name of Creditor: US BANK TRUST NATIONAL ASSOCIATION  
Court Claim #   17                      Trustee Claim #   5  
Account #   5587/ARREARS

**Amount Asserted** $7,275.71    Amount of Allowed $7,275.71    **Amount Paid** $7,275.71

Total Amount Paid by Trustee (including any interest)    $7,275.71

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this January 06, 2022.

Brent Randolph Hoffman, Jodi Leigh Hoffman  
308 Grove Street  
Mauston, WI 53948

MARK A. GAUTHIER  
MILLER & MILLER LAW  
633 W WISCONSIN AVENUE STE 500  
MILWAUKEE, WI 53203

US BANK TRUST NATIONAL ASSOCIATION  
C/O SN SERVICING CORP  
323 5TH STREET  
EUREKA, CA 95501

Dated:  January 06, 2022

/s/ Mark Harring  
Mark Harring, Trustee  
Standing Chapter 13 Trustee

131 W Wilson St. Ste 1000  
Madison, WI  53703-3260